# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD EDMONDSON**, | Case No.: 4:24-cv-02675-YGR |
| Plaintiff, | **ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE;** |
| vs. | **ORDER VACATING HEARING** |
| **GARDAWORLD CASHLINK LLC** | RE: DKT. NOS. 12 |
| Defendant. | |

**TO PLAINTIFF DONALD EDMONDSON**:

**YOU ARE HEREBY ORDERED TO SHOW CAUSE** in writing **no later than July 12, 2024**, why your claims should not be dismissed for failure to prosecute. Defendant filed a motion to compel arbitration and stay this case on June 7, 2024, and a response was due by June 21, 2024. (Dkt. No. 12.) Litigants must actively prosecute their case. Failure to timely file responses in this case shall be deemed a failure to prosecute and an admission that good cause exists to dismiss the case without prejudice. Consequently, if plaintiff fails to timely respond to defendant's motion to compel arbitration and stay this case, the Court will dismiss this action without prejudice for failure to prosecute, and without further notice.

Further, the hearing set for July 9, 2024 is **VACATED**. The Court will reset the hearing at a later date if appropriate.

**IT IS SO ORDERED**.

Date: June 25, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**